IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 09-cv-232 (RMC) |
| 27762 SPRING HILL ROAD ) | |
| HEMPSTEAD, TX 77445, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### JOINT STATUS REPORT

*COMES NOW*, plaintiff, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, together with claimants, Delmar Dwayne Spier, and the Delmar Dwayne Spier and Barbara Jean Edens Spier Revocable Living Trust, by and through their counsel, Eric A. Dubelier and Thomas Suddath, Jr., to file this report to provide the Court with the current status of this matter.

1. On March 25, 2009, the Court stayed this civil forfeiture *in rem* action until the conclusion of a related criminal case, United States v. Delmar Dwayne Spier, Case No. 08-cr-306 (RMC).

2. On July 26, 2010, the Court sentenced Delmar Dwayne Spier to a term of sixty-months probation. *See* Case No. 08-cr-306, Document No. 118. In addition to other conditions of probation, the Court ordered Delmar Dwayne Spier to pay a $3,000,000 money judgment.[1] As part of the plea agreement, the United States agreed to dismiss this civil forfeiture action after Delmar Dwayne Spier paid the forfeiture in the criminal case and also agreed that the value of any property returned to the victim through the forfeiture process shall be credited against any order of restitution due to the victim.

3. To date, the United States has received approximately $2,695,972.62 from

---

[1] The Court also ordered Mr. Spier to pay restitution in the amount of $3,000,000 pursuant to the plea agreement. (Case No. 08-cr-306, Document No. 118 at 5.)

1

claimants that has been applied towards the money judgment and payment of restitution in Mr. Spier's related criminal case.

4.      There is approximately $304,027.38 of the money judgment that Mr. Spier still owes in the criminal matter.

5.      On January 14, 2014, the parties filed a joint motion for interlocutory sale of the defendant property in order for Mr. Spier to pay the remainder of the money judgment and restitution in his criminal case.  On January 22, 2014, the Court granted the motion for interlocutory sale.  The defendant property has been on the market since before the Court's Order and remains so today.  According to claimant, there has been some work done to the property to improve its marketability and that a potential buyer has expressed an interest in the property.  The price of the defendant property has been lowered, but there have not been any offers.

6.      Therefore, the parties request that the Court continue to stay this civil forfeiture action again until November 17, 2014, in order for the parties to provide the Court with an update regarding the status of payment of the criminal forfeiture.  A proposed order is attached.

Respectfully submitted,

RONALD C. MACHEN JR., DC Bar #447889
United States Attorney

ARVIND K. LAL
Assistant United States Attorney
Chief, Asset Forfeiture and Money Laundering Section

__/s/_____
DIANE G. LUCAS, DC Bar #443610
Assistant United States Attorney
555 4th Street N.W.
Washington, D.C. 20530
(202) 252-7724
Diane.Lucas@usdoj.gov

3

   /s/_____
ERIC A. DUBELIER, DC Bar #419412
THOMAS SUDDATH, JR., *Pro Hac Vice*
REED SMITH LLP
1301 K Street, N.W., Suite 1100 East Tower
Washington, DC 20005
2000 One Liberty Place, 1650 Market Street
Philadelphia, PA 19103
215-851-8100
TSuddath@reedsmith.com